## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**JAY B. EDWARDS**                                                         **PLAINTIFF**
**ADC #134398**

**V.**                         **5:06CV00285 WRW/BD**

**RONALD DAVIS,** *et al.*                                            **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition (#27) from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff's claims against Ronald Davis are dismissed, without prejudice, pursuant to Fed. R. Civ. P. 4(m).

IT IS SO ORDERED this 17th day of October, 2007.

                                                      /s/Wm. R. Wilson, Jr.
                                              UNITED STATES  DISTRICT JUDGE