**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JAY B. EDWARDS**                                                                         **PLAINTIFF**
**ADC #134398**

**V.**                       **No. 5:06CV00285 WRW/BD**

**RONALD DAVIS,** *et al.*                                                 **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere.  After careful review of the Partial Recommended Disposition, the objections by the parties, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff's motions for default judgment (#65 and #68) against Defendant Cook are GRANTED.  A default judgment will be entered against Defendant Cook after all claims against the remaining co-defendant are resolved.

IT IS SO ORDERED this 11th day of September, 2008.

                                                                /s/ Wm. R. Wilson, Jr.
                                                                UNITED STATES DISTRICT JUDGE