**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JAY B. EDWARDS**                                                                            **PLAINTIFF**
**ADC #134398**

**V.**                          **No. 5:06CV00285 WRW/BD**

**RONALD DAVIS,** *et al.*                                                  **DEFENDANTS**

# **ORDER**

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Partial Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff's motion for default judgment (docket entry #87) against Defendant Davis is DENIED.

IT IS SO ORDERED, this 24th day of April, 2009.

                                                    /s/ Wm. R. Wilson, Jr.
                                                    UNITED STATES DISTRICT JUDGE