# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**JAY B. EDWARDS**                                                                      **PLAINTIFF**
**ADC #134398**

**V.**                              **No. 5:06CV00285 WRW/BD**

**RONALD DAVIS,** *et al.*                                                              **DEFENDANTS**

## <u>AMENDED ORDER</u>

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere.  The parties have not filed any objections.  After careful review of the Partial Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff's motion for default judgment (Doc. No. 87) against Defendant Davis and Defendant Davis's Motion to Dismiss (Doc. No. 89) are DENIED.

IT IS SO ORDERED, this <u>27th</u> day of April, 2009.


<u>/s/ Wm. R. Wilson, Jr.</u>
UNITED STATES DISTRICT JUDGE