# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JAY B. EDWARDS**                                                         **PLAINTIFF**

vs.                                        **5:06CV00285-WRW**

**RONALD DAVIS,** *et al.*                                        **DEFENDANTS**

## ORDER

Pending is Defendant Ronald Davis's unopposed Motion to Set Aside Notice of Hearing on Motion (Doc. No. 105). A hearing on Defense Counsel's Motion to Withdraw[1] was scheduled for June 2, 2009. Defendant's Motion points out that Defendant has asked his counsel, Mr. Jeffery Kearney, to remain attorney of record in this case. In the Motion, Mr. Kearney rescinded his earlier Motion to Withdraw. Further, Defendant's Motion asked the Court to cancel the hearing on Mr. Kearney's Motion to Withdraw.

Defendant's Motion is GRANTED. The hearing scheduled for Tuesday, June 2, 2009, is cancelled. Mr. Kearney's Motion to Withdraw (Doc. No. 101) is MOOT.

IT IS SO ORDERED this 1st day of June, 2009.

                                                      /s/Wm. R. Wilson, Jr.
                                                   UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 101.