# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JAY B. EDWARDS, ADC# 134398**                                                              **PLAINTIFF**

**VS.**                                    **5:06CV00285-WRW**

**RONALD DAVIS,** *et al.*                                                                    **DEFENDANTS**

## ORDER

Pending is Plaintiff's *pro se* Motion to Enforce the parties' settlement agreement (Doc. No. 114). Defendants' Response[1] and attached exhibits indicate that the matter has been resolved. Accordingly, Plaintiff's Motion to Enforce is DENIED as MOOT.

IT IS SO ORDERED this 15th day of June, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 117.