UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

October 4, 2010

Mr. Jeffrey H. Kearney
Kearney Law Offices
Post Office Box 8276
Pine Bluff, AR 71611-8276

Mr. John L. Kearney
Kearney Law Offices
Post Office Box 8276
Pine Bluff, AR 71611-8276

Re:   *Jay B. Edwards v. Ronald Davis, et al.*, 5:06-CV-00285-WRW

Gentlemen:

I have received Plaintiff's *pro se* Motion to Enforce Settlement Agreement, which was filed on September 13, 2010.

I assume that since you have not filed a response,[1] you agree with Plaintiff's position. If you choose not to respond by 5:00 p.m. on Friday, October 8, 2010, I will grant the motion.

Cordially,

/s/Wm. R. Wilson, Jr.

cc:   Jay B. Edwards, ADC #134398
      Clerk of the Court

---

[1] The response was due on Thursday, September 30, 2010.