IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAY B. EDWARDS, ADC# 134398                                              PLAINTIFF

v.                           5:06CV00285-WRW

RONALD DAVIS, *et al.*                                                   DEFENDANTS

### ORDER

Pending is Plaintiff's second *pro se* Motion to Enforce the parties' settlement agreement (Doc. No. 120). Defendants' Response[1] indicates that all payments due under the settlement agreement have been made to Plaintiff's appointed agent, Ms. Cherry Mason (his mother). Accordingly, Plaintiff's Motion to Enforce is DENIED as moot.

Assuming that Ms. Mason is his authorized agent,[2] I caution Plaintiff that future motions regarding enforcement of the settlement agreement should be made only after consulting with her.

Defendants' request for costs and attorney's fees in this matter is denied.

IT IS SO ORDERED this 13th day of October, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 123, 124.

[2] Since Plaintiff does not complain about the payments that were the subject of his previous Motion to Enforce (Doc. No. 114), which were made to Ms. Mason, there is no reason to believe otherwise.